No. 39922.—Protests 649597–G, etc., of Robinson & Golluber et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 23, 1938

No. 39923.—Protest 945946–G of Steinberger Bros. Glove Corp. (New York).

Opinion by CLINE, J.   The protest was submitted without the introduction of evidence.   On the record presented it was overruled.

BEFORE THE FIRST DIVISION, NOVEMBER 25, 1938

No. 39924.—Protest 894273–G of Bullocks, Inc. (Los Angeles.)

Opinion by MCCLELLAND, P. J.   It was stipulated that the merchandise consists of animal figures similar to those the subject of United States v. Okuda (23 C. C. P. A. 46, T. D. 47713), and held dutiable at 35 percent under paragraph 205 (e).   As the protest in question only claims under paragraph 214 it was overruled.

BEFORE THE SECOND DIVISION, NOVEMBER 25, 1938

No. 39925.—Protests 497641–G, etc., of S. & A. Stern (New York).

Opinion by TILSON, J.   It was found that the merchandise consists of embroidered-net panels similar to those involved in United States v. Field (18 C. C. P. A. 469, T. D. 44761).   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 39926.—Protests 62382–G, etc., of A. Beller & Co. et al. (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 39927.—Protests 93589–G, etc., of Max Mandel Laces, Inc., et al. (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.